ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Veteran Facility Services, LLC | ) ASBCA Nos. 61855, 61983, 62386 |
| | ) |
| Under Contract No. FA6606-15-C-0003 | ) |

APPEARANCE FOR THE APPELLANT:  Edward J. Kinberg, Esq.
  Stewart Law CS, LLC
  Rockledge, FL

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
  Deputy Chief Trial Attorney
  Isabelle P. Cutting, Esq.
  Caryl A. Potter, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  December 9, 2021

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61855, 61983, 62386, Appeals of Veteran Facility Services, LLC, rendered in conformance with the Board's Charter.

Dated:  December 9, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals